# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>HEATHER CHRISTENSEN,<br><br>              Defendant. | 8:18CR45<br><br>**ORDER** |

      This matter is before the court on the Defendant's Unopposed Motion to Continue Trial [41]. Counsel needs additional time to either prepare for trial or conclude plea negotiations. For good cause shown,

      **IT IS ORDERED** that the Defendant's Unopposed Motion to Continue Trial [41] is granted as follows:

      1. The jury trial, now set for June 11, 2019, is continued to **July 30, 2019.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 30, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      3. **No further continuances will be granted without a hearing before the magistrate judge.**

      Dated this 7th day of June 2019.

                                              BY THE COURT:

                                              s/Susan M. Bazis
                                              United States Magistrate Judge